NOE, APPELLANT, *v.* SMITH, APPELLEE.

[Cite as *Noe v. Smith* (2001), 93 Ohio St.3d 1217.]

(No. 00–1917—Submitted September 19, 2001—Decided October 31, 2001.)

The cause is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS and RESNICK, JJ., dissent.

F.E. SWEENEY, J., dissents and would reverse the judgment of the court of appeals.

*Allen Schulman & Associates Co., L.P.A., Allen Schulman, Jr.,* and *Christopher J. Van Blargan,* for appellant.

*Mollica, Gall, Sloan & Sillery Co., L.P.A., Gerald A. Mollica, Robert J. Gall* and *Larry D. Wines,* for appellee.